NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOE A. HERNANDEZ,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2026-1122

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-9456, Judge Amanda L. Meredith.

---

Before STOLL, WALLACH, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

## O R D E R

Joe A. Hernandez appeals from an order of the United States Court of Appeals for Veterans Claims granting an extension of time to file the record of proceedings, which has since been filed. In response to this court's order to show cause why this appeal should not be dismissed, Mr.

Hernandez "do[es] not contest the appeal should be dismissed as premature." ECF No. 11 at 2.

This court generally only has authority to review final decisions of the United States Court of Appeals for Veterans Claims, i.e., decisions that end the litigation on the merits and leave nothing to do but execute judgment. *See Allen v. Principi*, 237 F.3d 1368, 1372 (Fed. Cir. 2001). Those circumstances do not exist here.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed as premature.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 22, 2026
Date